**DISMISS; and Opinion Filed February 13, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01225-CV

**CHRISTINE E. QUADLANDER, Appellant**
**V.**
**MICHAEL SEAN DELPH, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52220-07**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Lang-Miers

Before the Court is appellant's February 8, 2018 agreed motion to voluntarily dismiss this appeal. The motion states the parties have resolved their differences and agree that the appeal should be dismissed. We grant the motion.

We dismiss this appeal. TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

171225F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTINE E. QUADLANDER,
Appellant

No. 05-17-01225-CV     V.

MICHAEL SEAN DELPH, Appellee

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-52220-07.
Opinion delivered by Justice Lang-Miers,
Justices Myers and Boatright participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 13th day of February, 2018.